UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                )
POLLARD, JJUANE LURHEE                )      BANKRUPTCY CASE 09-13893
                                      )      Chapter 7
                                      )
        DEBTORS.                      )

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | | |
|---|---|---|---|
| Claim #1 | St. Joseph Hospital<br>P.O. Box 11229<br>Fort Wayne, IN  46856 | | $1.95 |
| Claim #2 | Summit Radiology<br>6119 W. Jefferson Blvd.<br>Fort Wayne, IN  46804 | | $1.40 |
| Claim #3 | Chase Bank USA, NA<br>P.O. Box 15145<br>Wilmington, DE  19850-5145 | | $3.72 |
| Claim #8 | Verizon<br>404 Brock Drive<br>Bloomington, IL  61701 | | $2.69 |
| Claim #11 | St. Joseph Medical Group<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | | $4.12 |

Total Check Amount =  $13.88

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 10th day of February 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                              /s/ Dustin M. Roach  
                                              Dustin M. Roach, Trustee